UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 99-1780

_____

BRIGGETTE TAYLOR MCBRIDE,

Plaintiff - Appellant,

versus

BAPTIST HEALTH CARE; WILLIS GREGORY; ALICE
ROLLISON; CAROL ELAINE BROWN,

Defendants - Appellees.

_____

Appeal from the United States District Court for the District of
South Carolina, at Columbia. Joseph F. Anderson, Jr., District
Judge. (CA-98-716-3-17BD)

_____

Submitted: October 21, 1999        Decided: October 26, 1999

_____

Before WIDENER and TRAXLER, Circuit Judges, and BUTZNER, Senior
Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Briggette Taylor McBride, Appellant Pro Se. Vance J. Bettis, GIG-
NILLIAT, SAVITZ & BETTIS, Columbia, South Carolina, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Briggette Taylor McBride appeals the district court's orders dismissing this action alleging wrongful discharge and denying her motion for reconsideration. We have reviewed the record, the district court's opinion accepting the recommendation of the magistrate judge, and the order denying the motion for reconsideration, and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See <u>McBride v. Baptist Health Care</u>, No. CA-98-716-3-17BD (D.S.C. May 13 and May 20, 1999).[*] We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

---

[*] Although the district court's order is marked as "filed" on May 12, 1999, the district court's records show that it was entered on the docket sheet on May 13, 1999. Pursuant to Rules 58 and 79(a) of the Federal Rules of Civil Procedure, it is the date that the order was physically entered on the docket sheet that we take as the effective date of the district court's decision. See <u>Wilson v. Murray</u>, 806 F.2d 1232, 1234-35 (4th Cir. 1986).